IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

WILLIAM POLLACK                                                                   PLAINTIFF

VS.                                              CIVIL ACTION NO.  5:04cv295DCBJCS

BUREAU OF PRISONS, ET AL                                                DEFENDANTS

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed without prejudice for failure to prosecute.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed without prejudice.

SO ORDERED this the   31st   day of  May, 2007.

          s/ David Bramlette
          UNITED STATES DISTRICT JUDGE